

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 27 2000
JAMES W McCORMACK, CLERK
By: _____
DEP. CLERK

IN RE AIR CRASH AT LITTLE ROCK,
ARKANSAS, ON JUNE 1, 1999

MDL DOCKET NO. 1308
Judge Henry Woods

This Document Relates To:

ANNA LLOYD                                                       PLAINTIFF

VS.                              4:00CV00300HW

AMERICAN AIRLINES, INC.                                          DEFENDANT

## JUDGMENT

Judgment is hereby entered in favor of the Plaintiff, Anna Lloyd, in accordance with the jury verdict rendered October 12, 2000, in the amount of $6,500,000.00. Interest will accrue from the date of judgment at the rate of 6.241% per annum.

DATED this 27th day of October, 2000.

_____
UNITED STATES DISTRICT JUDGE

THIS DOCUMENT ENTERED ON DOCKET SHEET IN
COMPLIANCE WITH RULE 58 AND/OR 79(a) FRCP
ON  10-27-00  BY _____

bm

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Post Office & Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

October 27, 2000

* * MAILING CERTIFICATE OF CLERK * *

Re:   4:00-cv-00300.

True and correct copies of the attached were mailed by the clerk to the following:

   D. Keith Fortner, Esq.
   Barber, McCaskill, Jones & Hale, P.A.
   Regions Center
   400 West Capitol Avenue
   Suite 2700
   Little Rock, AR   72201-3414

   Michael E. Hale, Esq.
   Barber, McCaskill, Jones & Hale, P.A.
   Regions Center
   400 West Capitol Avenue
   Suite 2700
   Little Rock, AR   72201-3414

   Byron L. Freeland, Esq.
   Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
   425 West Capitol Avenue
   Suite 1800
   Little Rock, AR   72201-3525

   William C. Brown III, Esq.
   Haight Gardner Holland & Knight
   195 Broadway
   Suite 2700
   New York, NY   10007-3189

   Randal R. Craft Jr., Esq.
   Haight Gardner Holland & Knight
   195 Broadway
   Suite 2700
   New York, NY   10007-3189

   J. Phillip Malcom, Esq.
   Friday, Eldredge & Clark
   Regions Center

400 West Capitol Avenue
Suite 2000
Little Rock, AR   72201-3493

Scott J. Lancaster, Esq.
Friday, Eldredge & Clark
Regions Center
400 West Capitol Avenue
Suite 2000
Little Rock, AR   72201-3493

William H. Sutton, Esq.
Friday, Eldredge & Clark
Regions Center
400 West Capitol Avenue
Suite 2000
Little Rock, AR   72201-3493

press
post

Date: 10/27/00

James W. McCormack, Clerk

BY: _____