FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV - 4 2002

JAMES W. McCORMACK, C
By: _____ DEP

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

ANNA LLOYD                                                                      PLAINTIFF

VS.                                      NO. 4:00-CV-300 GTE

AMERICAN AIRLINES, INC.                                  DEFENDANT

## AMENDED JUDGMENT

The Court hereby orders that the District Court Clerk enter this Amended Judgment. This Amended Judgment supercedes the original Judgment entered October 27, 2000 (Doc. No. 71).

The above styled case came on for trial before the Court and a jury in October 2000, and the issues having been duly tried and the jury having rendered its verdict, judgment is hereby entered in favor of the Plaintiff in accordance with Plaintiff's acceptance of a remittitur for judgment as provided by the United States Court of Appeals for the Eighth Circuit's decision filed May 29, 2002, in the amount of $1,500,000.00. Interest will accrue from the date of the original judgment, October 27, 2000, at the rate of 5.94% per anum in accordance with 28 U.S.C. § 1961. Per the Defendant's request that it be given a reasonable amount of time to pay, the execution of this judgment is stayed without bond until November 18, 2002.

IT IS SO ORDERED this 4th day of November, 2002.

_____
UNITED STATES DISTRICT JUDGE

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 11-5-02  BY _____



jh

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

November 5, 2002

* * MAILING CERTIFICATE OF CLERK * *

Re:   4:00-cv-00300.

True and correct copies of the attached were mailed by the clerk to the following:

    D. Keith Fortner, Esq.
    Barber, McCaskill, Jones & Hale, P.A.
    Regions Center
    400 West Capitol Avenue
    Suite 2700
    Little Rock, AR   72201-3414

    Michael E. Hale, Esq.
    Barber, McCaskill, Jones & Hale, P.A.
    Regions Center
    400 West Capitol Avenue
    Suite 2700
    Little Rock, AR   72201-3414

    Byron L. Freeland, Esq.
    Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
    425 West Capitol Avenue
    Suite 1800
    Little Rock, AR   72201-3525

    William C. Brown III, Esq.
    Holland & Knight, LLP
    195 Broadway
    Suite 2700
    New York, NY   10007-3189

    Randal R. Craft Jr., Esq.
    Holland & Knight, LLP
    195 Broadway
    Suite 2700
    New York, NY   10007-3189

    J. Phillip Malcom, Esq.
    Friday, Eldredge & Clark
    Regions Center

400 West Capitol Avenue
Suite 2000
Little Rock, AR  72201-3493

Scott J. Lancaster, Esq.
Friday, Eldredge & Clark
Regions Center
400 West Capitol Avenue
Suite 2000
Little Rock, AR  72201-3493

William H. Sutton, Esq.
Friday, Eldredge & Clark
Regions Center
400 West Capitol Avenue
Suite 2000
Little Rock, AR  72201-3493

press, post, CRD

James W. McCormack, Clerk

Date: 11/5/02

BY: *[signature]*