IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

|  |  |
|---|---|
| IN RE AIR DISASTER AT ) | MDL Docket No. 1308 |
| LITTLE ROCK, ARKANSAS ) |  |
| ON JUNE 1, 1999 ) | 99 CV 1308 |
| ) | Hon. G. Thomas Eisele |
| ) | THIS PLEADING RELATES TO: |
| ) | Anna Lloyd |
| ) | No. 4:00CV00300 GTE |

## SATISFACTION OF JUDGMENT

The Amended Judgment entered in this cause on November 4, 2002 in favor of Plaintiff, in the total sum of $1,500,000.00 plus interest and costs, is satisfied in full this 25th day of November, 2002, and the Clerk of the Court, and any deputy, is authorized to enter this Satisfaction of Judgment on behalf of the Plaintiff and her attorneys.

J. Phillip Malcom
Friday, Eldredge & Clark
400 W. Capitol Ave., Suite 2000
Little Rock, AR 72201
(501) 376-2011

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

On this ___25th___ day of November, 2002, a copy of the foregoing was mailed to:

D. Keith Fortner
Barber, McCaskill, Jones & Hale, P.A.
400 W. Capitol Ave., Suite 2700
Little Rock, AR 72201-3414

_____
J. Phillip Malcom

United States District Court Eastern District of Arkansas

Erin Eckford

Vs.

State of Arkansas, et al

Case No.
4:02CV00226

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 29 2002

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

I, Erin Eckford, would hereby like to file a motion to extend the time allotted for the completion of a brief concerning this said case.

Erin Eckford    11-29-02